| AO-10 Rev. 1/2004 | AMENDED **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) SPARKS, SAM | 2. Court or Organization U.S.DISTRICT COURTS | 3. Date of Report 7/27/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE ARTICLE III JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date 10/1/1991 ○ Initial ⊙ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address United States Courthouse 200 West Eighth St., Suite 100 Austin, Texas 78701-2333 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED JUL 30 11 09 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Condominium (10%), ▮▮▮ | | None | K | T | | | | | |
| 2. | | | | | | | | | |
| 3.  CASH ACCOUNTS: | | | | | | | | | |
| 4.  Chase Bank of Texas Accounts | D | Interest | M | T | | | | | |
| 5.  Dain Rauscher account (Great Hall Investment Funds) | D | Interest | K | T | | | | | |
| 6. | | | | | | | | | |
| 7.  STOCKS: | | | | | | | | | |
| 8.  EOG Resources Inc. | A | Dividend | M | T | | | | | |
| 9.  Forest Oil Corp. | | None | M | T | Buy | 01-09 | K | | Market |
| 10.  Hilton Hotels Corp. | A | Dividend | K | T | | | | | |
| 11.  Kirby Corp. | | None | N | T | | | | | |
| 12.  Occidental Petroleum | A | Dividend | J | T | | | | | |
| 13. | | | | | | | | | |
| 14.  BONDS: | | | | | | | | | |
| 15.  Allen TX ISD GO | B | Interest | K | T | | | | | |
| 16.  Allen TX ISD GO | A | Interest | J | T | | | | | |
| 17.  Arlington TX ISD | A | Interest | K | T | | | | | |
| 18.  Austin TX Higher Ed Auth | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Crowley TX ISO GO | A | Interest | K | T | Buy | 03-03 | K | | Market |
| 20. Austin Tx Utility Sys | A | Interest | | | Redeemed | 06-06 | J | A | Market |
| 21. Austin Tx Utility Sys | A | Interest | J | T | | | | | |
| 22. San Angelo TX GO | A | Interest | K | T | Buy | 03-19 | K | | Market |
| 23. Beeville Tx ISD | A | Interest | K | T | | | | | |
| 24. Bryan Tx Utility | A | Interest | | | Redeemed | 07-01 | J | A | Market |
| 25. Canadian River Mun. Tx. Rv. | B | Interest | K | T | | | | | |
| 26. Canyon TX ISD GO | A | Interest | K | J | | | | | |
| 27. Carrollton TX GO | A | Interest | K | T | | | | | |
| 28. Cedar Park TX Util Sys | B | Interest | K | T | | | | | |
| 29. Columbia & Brazoria GO | B | Interest | K | T | | | | | |
| 30. Comal TX ISD | A | Interest | J | T | | | | | |
| 31. Conroe TX ISD | B | Interest | K | T | | | | | |
| 32. Crowley TX ISD GO | A | Interest | K | T | | | | | |
| 33. Denton Tx Elec Rev | A | Interest | J | T | | | | | |
| 34. Dickinson TX ISD GO | B | Interest | K | T | | | | | |
| 35. El Paso Tx New Pub | A | Interest | J | T | | | | | |
| 36. Forney TX ISD GO | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | | Other | | If | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | (4) | (5) |
| | | | | | | | ın | |

1. Income/Gain Codes:
   (See Columns B1 and D4)
2. Value Codes:
   (See Columns C1 and D3)
3. Value Method Codes

| | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Katy TX ISD | A | Interest | K | T | | | | | |
| 56. Katy TX ISD GO | A | Interest | J | T | | | | | |
| 57. Leander TX ISD GO | A | Interest | J | T | | | | | |
| 58. Lewisville TX ISD | A | Interest | J | T | | | | | |
| 59. Lewisville TX ISD | A | Interest | J | T | | | | | |
| 60. Lubbock TX GO | A | Interest | K | T | | | | | |
| 61. North East TX ISD GO | A | Interest | K | T | | | | | |
| 62. North Texas Mun Water | | None | J | T | | | | | |
| 63. Pflugerville TX GO | A | Interest | K | T | | | | | |
| 64. Pleasant Grove ISD | A | Interest | K | T | | | | | |
| 65. Prosper TX ISD GO | A | Interest | K | T | | | | | |
| 66. Round Rock Tx | A | Interest | J | T | | | | | |
| 67. Sam Rayburn TX Mun Pwr | A | Interest | J | T | | | | | |
| 68. San Antonio Tx Elec. & Gas | A | Interest | J | T | | | | | |
| 69. San Marcos TX GO | B | Interest | K | T | | | | | |
| 70. Sealy TX ISD GO | A | Interest | K | T | | | | | |
| 71. Southlake TX GO | A | Interest | K | T | | | | | |
| 72. Spring TX ISD GO | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Tx St Pub Fin Auth | | None | J | T | | | | | |
| 74. Travis Co TX GO | A | Interest | J | T | | | | | |
| 75. Washington State G.O. | | None | J | T | | | | | |
| 76. Waxahachie TX ISD | | None | J | T | | | | | |
| 77. Weatherford TX Util. Sys. | B | Interest | K | T | | | | | |
| 78. Whitehouse TX ISD GO Rev | A | Interest | K | T | | | | | |
| 79. Willis ISD | | None | J | T | | | | | |
| 80. Willis TX ISD GO | B | Interest | K | T | | | | | |
| 81. Willis TX ISD GO | A | Interest | J | T | | | | | |
| 82. UT Austin Rev. | B | Interest | K | T | | | | | |
| 83. UT Austin Rev. | B | Interest | K | T | | | | | |
| 84. Upper Trinity Reg. Auth. | A | Interest | K | T | | | | | |
| 85. | | | | | | | | | |
| 86. DAIN, RAUSCHER IRA: | | | | | | | | | |
| 87. American Balance | B | Dividend | M | T | Buy | 08-14 | M | | Market |
| 88. Barry R.G. Corp. | | None | | | Sold | 08-13 | L | J | Market |
| 89. E Trade Group | | None | K | T | Buy | 01-22 | J | | Market |
| 90. EOG Resources Inc. | A | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. EURO Pac Growth Fd | B | Dividend | | | Sold | 08-08 | M | D | Market |
| 92. Forest Oil Corp. | | None | N | T | Buy | 01-08 | K | | Market |
| 93. Great Hall Money Mrk | A | Interest | N | T | | | | | |
| 94. Friede Goldman Halter | | None | J | T | | | | | |
| 95. Hilton Hotels Corp. | A | Dividend | J | T | | | | | |
| 96. Kirby Corp | | None | N | T | | | | | |
| 97. Earthlink | | None | J | T | | | | | |
| 98. New Perspective | B | Dividend | | | Sold | 08-14 | M | D | Market |
| 99. Schlotsky's, Inc. | | None | J | T | | | | | |
| 100. Select Comfort Corp. | | None | | | Sold | 11-26 | K | E | Market |
| 101. Smallcap World Fd Inc. | A | Dividend | M | T | Buy | 12-15 | J | | Market |
| 102. Steris Corp. | | None | K | T | | | | | |
| 103. Trinity Industries Inc. | A | Dividend | L | T | | | | | |
| 104. Perot Sys Corp CDT | | None | J | T | | | | | |
| 105. Chevron-Texaco Corp. (formerly Texaco Inc.) | C | Dividend | M | T | Buy | 08-27 | J | | Market |
| 106. Govt Nalt MTG Assn II Pool | B | Interest | K | T | | | | | |
| 107. Govt Nalt MTG Assn Pool | C | Interest | L | T | | | | | |
| 108. Spanish Broadcasting, Inc. | | None | J | T | Buy | 09-12 | J | | Market |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | | | | | | | | | |
| 110.    MISCELLANEOUS: | | | | | | | | | |
| 111.    LRF Limited Pship | A | Royalty | J | W | | | | | |
| 112. | | | | | | | | | |
| 113.    ▇▇▇ SEPARATE PROPERTY | | | | | | | | | |
| 114.    EDWARD JONES -- | | | | | | | | | |
| 115.    Capital Income Builder Fund | B | Dividend | L | T | | | | | |
| 116.    Goldman Sachs Cap-A | | None | J | T | | | | | |
| 117.    Growth Fund of Am. | A | Dividend | K | T | | | | | |
| 118.    Tax Exempt Bond Fd of Am | B | Interest | K | T | | | | | |
| 119.    Van Kampen Comstock | | None | J | T | | | | | |
| 120.    BENIFICIARY ▇▇ Trustee IRA ▇▇ | C | Distribution | | | | | | | |
| 121.    American Mutual Fund Inc | A | Dividend | K | T | | | | | |
| 122.    Bond Fund of American Inc | A | Dividend | L | T | | | | | |
| 123.    Capital World Growth | A | Dividend | L | T | | | | | |
| 124.    IRA-Edward Jones Custodian ▇▇ RA) | | | | | | | | | |
| 125.    Hartford Cap. Appreciation CLA | A | Dividend | J | T | | | | | |
| 126.    Hartford Global Leaders CLA | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127.  Hartford Stock Fund CLA | A | Dividend | J | T | | | | | |
| 128.  Annuity-Sunamerican Life Insurance Polaris Variable Annuity | A | Dividend | K | T | | | | | |
| 129.  Property - DeBaca Co, New Mexico | | None | J | W | | | | | |
| 130.  Property - Brewster Co, TX | | None | J | W | | | | | |
| 131.  Royalty Interest - Upton Co, TX | A | Royalty | J | W | | | | | |
| 132.  Royalty Interest - Palo Pinto Co, TX | A | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SPARKS, SAM | 7/27/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date_ July 28, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) SPARKS, SAM | 2. Court or Organization U.S.DISTRICT COURTS | 3. Date of Report 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE ARTICLE III JU GE | 5. ReportType (check appropriate type) ○ Nomination, Date 10/1/1991 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address United States Courthouse 200 West Eighth St., Suite 100 Austin, Texas 78701-2333 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 11 12 30 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Condominium (10%), ████ | | None | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. CASH ACCOUNTS: | | | | | | | | | |
| 4. Chase Bank of Texas Accounts | D | Interest | M | T | | | | | |
| 5. Dain Rauscher account (Great Hall Investment Funds) | D | Interest | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. STOCKS: | | | | | | | | | |
| 8. EOG Resources Inc. | A | Dividend | M | T | | | | | |
| 9. Forest Oil Corp. | | None | M | T | Buy | 01-09 | K | | Market |
| 10. Hilton Hotels Corp. | A | Dividend | K | T | | | | | |
| 11. Kirby Corp. | | None | N | T | | | | | |
| 12. Occidental Petroleum | A | Dividend | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. BONDS: | | | | | | | | | |
| 15. Allen TX ISD GO | B | Interest | K | T | | | | | |
| 16. Allen TX ISD GO | A | Interest | J | T | | | | | |
| 17. Arlington TX ISD | A | Interest | K | T | | | | | |
| 18. Austin TX Higher Ed Auth | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Crowley TX ISO GO | A | Interest | K | T | Buy | 03-03 | K | | Market |
| 20. Austin Tx Utility Sys | A | Interest | J | T | Redeemed | 06-06 | J | A | Market |
| 21. Austin Tx Utility Sys | A | Interest | J | T | | | | | |
| 22. San Angelo TX GO | A | Interest | K | T | Buy | 03-19 | K | A | Market |
| 23. Beeville Tx ISD | A | Interest | K | T | | | | | |
| 24. Bryan Tx Utility | A | Interest | J | T | Redeemed | 07-01 | J | A | Market |
| 25. Canadian River Mun. Tx. Rv. | B | Interest | K | T | | | | | |
| 26. Canyon TX ISD GO | A | Interest | K | J | | | | | |
| 27. Carrollton TX GO | A | Interest | K | T | | | | | |
| 28. Cedar Park TX Util Sys | B | Interest | K | T | | | | | |
| 29. Columbia & Brazoria GO | B | Interest | K | T | | | | | |
| 30. Comal TX ISD | A | Interest | J | T | | | | | |
| 31. Conroe TX ISD | B | Interest | K | T | | | | | |
| 32. Crowley TX ISD GO | A | Interest | K | T | | | | | |
| 33. Denton Tx Elec Rev | A | Interest | J | T | | | | | |
| 34. Dickinson TX ISD GO | B | Interest | K | T | | | | | |
| 35. El Paso Tx New Pub | A | Interest | J | T | | | | | |
| 36. Forney TX ISD GO | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Ft. Bend TX ISD | B | Interest | K | T | | | | | |
| 38. Ft. Worth TX ISD | | None | K | T | | | | | |
| 39. Ft. Worth TX ISD GO | A | Interest | K | T | | | | | |
| 40. Frisco Tx ISD G O | A | Interest | K | T | | | | | |
| 41. Grand Prairie ISD GO | B | Interest | K | T | | | | | |
| 42. Grapevine TX GO | A | Interest | J | T | | | | | |
| 43. Grapevine TX Wtr Swr | A | Interest | J | T | | | | | |
| 44. Gulf Coast Waste Disp. | A | Interest | | | Redeemed | 03-23 | C | A | Issuer |
| 45. Harlandale TX ISD GO | A | Interest | J | T | | | | | |
| 46. Highland Park TX ISD | A | Interest | J | T | | | | | |
| 47. Houston Tx Wtr Sys | B | Interest | K | T | | | | | |
| 48. Houston Tx Wtr Sys | A | Interest | J | T | Redeemed | 12-01 | J | A | Market |
| 49. Houston Tx Wtr Sys | A | Interest | J | T | | | | | |
| 50. Huntsville TX Ind GO | A | Interest | J | T | | | | | |
| 51. Hurst-Euless-Bedford TX | A | Interest | K | T | | | | | |
| 52. Judson TX ISD | A | Interest | J | T | | | | | |
| 53. Judson TX ISD | A | Interest | J | T | | | | | |
| 54. Katy TX ISD | A | Interest | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A =$1,000 or less, B =$1,001-$2,500, C =$2,501-$5,000, D =$5,001-$15,000, E =$15,001-$50,000, F =$50,001-$100,000, G =$100,001-$1,000,000, H1 =$1,000,001-$5,000,000, H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J =$15,000 or less, K =$15,001-$50,000, L =$50,001-$100,000, M =$100,001-$250,000, N =$250,000-$500,000, O =$500,001-$1,000,000, P1 =$1,000,001-$5,000,000, P2 =$5,000,001-$25,000,000, P3 =$25,000,001-$50,000,000, P4 =$More than $50,000,000

3. Value Method Codes (See Column C2) Q = Appraisal, R = Cost (Real Estate Only), S = Assessment, T = Cash/Market, U = Book Value, V = Other, W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Katy TX ISD | | Interest | K | T | | | | | |
| 56. Katy TX ISD GO | A | Interest | J | T | | | | | |
| 57. Leander TX ISD GO | A | Interest | J | T | | | | | |
| 58. Lewisville TX ISD | A | Interest | J | T | | | | | |
| 59. Lewisville TX ISD | A | Interest | J | T | | | | | |
| 60. Lubbock TX GO | A | Interest | K | T | | | | | |
| 61. North East TX ISD GO | A | Interest | K | T | | | | | |
| 62. North Texas Mun Water | | None | J | T | | | | | |
| 63. Pflugerville TX GO | A | Interest | K | T | | | | | |
| 64. Pleasant Grove ISD | A | Interest | K | T | | | | | |
| 65. Prosper TX ISD GO | A | Interest | K | T | | | | | |
| 66. Round Rock Tx | A | Interest | J | T | | | | | |
| 67. Sam Rayburn TX Mun Pwr | A | Interest | J | T | | | | | |
| 68. San Antonio Tx Elec. & Gas | A | Interest | J | T | | | | | |
| 69. San Marcos TX GO | B | Interest | K | T | | | | | |
| 70. Sealy TX ISD GO | A | Interest | K | T | | | | | |
| 71. Southlake TX GO | A | Interest | K | T | | | | | |
| 72. Spring TX ISD GO | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73.  Tx St Pub Fin Auth | | None | J | T | | | | | |
| 74.  Travis Co TX GO | A | Interest | J | T | | | | | |
| 75.  Washington State G.O. | | None | J | T | | | | | |
| 76.  Waxahachie TX ISD | | None | J | T | | | | | |
| 77.  Weatherford TX Util. Sys. | B | Interest | K | T | | | | | |
| 78.  Whitehouse TX ISD GO Rev | A | Interest | K | T | | | | | |
| 79.  Willis ISD | | None | J | T | | | | | |
| 80.  Willis TX ISD GO | B | Interest | K | T | | | | | |
| 81.  Willis TX ISD GO | A | Interest | J | T | | | | | |
| 82.  UT Austin Rev. | B | Interest | K | T | | | | | |
| 83.  UT Austin Rev. | B | Interest | K | T | | | | | |
| 84.  Upper Trinity Reg. Auth. | A | Interest | K | T | | | | | |
| 85. | | | | | | | | | |
| 86.  DAIN, RAUSCHER IRA: | | | | | | | | | |
| 87.  American Balance | B | Dividend | M | T | Buy | 08-14 | M | | Market |
| 88.  Barry R.G. Corp. | | | | | Sold | 08-13 | L | J | Market |
| 89.  E Trade Group | | None | K | T | Buy | 01-22 | J | | Market |
| 90.  EOG Resources Inc. | A | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. EURO Pac Growth Fd | B | Dividend | | | Sold | 08-08 | M | D | Market |
| 92. Forest Oil Corp. | | None | N | T | Buy | 01-08 | K | | Market |
| 93. Great Hall Money Mrk | A | Interest | N | T | | | | | |
| 94. Friede Goldman Halter | | None | J | T | | | | | |
| 95. Hilton Hotels Corp. | A | Dividend | J | T | | | | | |
| 96. Kirby Corp | | None | N | T | | | | | |
| 97. Earthlink | | None | J | T | | | | | |
| 98. New Perspective | B | Dividend | | | Sold | 08-14 | M | D | Market |
| 99. Schlotsky's, Inc. | | None | J | T | | | | | |
| 100. Select Comfort Corp. | | None | J | T | Sold | 11-26 | K | E | Market |
| 101. Smallcap World Fd Inc. | A | Dividend | M | T | Buy | 12-15 | J | | Market |
| 102. Steris Corp. | | None | K | T | | | | | |
| 103. Trinity Industries Inc. | A | Dividend | L | T | | | | | |
| 104. Perot Sys Corp CDT | | None | J | T | | | | | |
| 105. Chevron-Texaco Corp. (formerly Texaco Inc.) | C | Dividend | M | T | Buy | 08-27 | J | | Market |
| 106. Govt Nalt MTG Assn II Pool | B | Interest | K | T | | | | | |
| 107. Govt Nalt MTG Assn Pool | C | Interest | L | T | | | | | |
| 108. Spanish Broadcasting, Inc. | | None | J | T | Buy | 09-12 | J | | Market |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | | | | | | | | | |
| 110. MISCELLANEOUS: | | | | | | | | | |
| 111. LRF Limited Pship | A | Royalty | J | W | | | | | |
| 112. | | | | | | | | | |
| 113. ███████ SEPARATE PROPERTY | | | | | | | | | |
| 114. EDWARD JONES -- | | | | | | | | | |
| 115. Capital Income Builder Fund | B | Dividend | L | T | | | | | |
| 116. Goldman Sachs Cap-A | | None | J | T | | | | | |
| 117. Growth Fund of Am. | A | Dividend | K | T | | | | | |
| 118. Tax Exempt Bond Fd of Am | B | Interest | K | T | | | | | |
| 119. Van Kampen Comstock | | None | J | T | | | | | |
| 120. BENIFICIARY-CB&T Trustee IRA ████ ███████ | C | Distribution | | | | | | | |
| 121. American Mutual Fund Inc | A | Dividend | K | T | | | | | |
| 122. Bond Fund of American Inc | A | Dividend | L | T | | | | | |
| 123. Capital World Growth | A | Dividend | L | T | | | | | |
| 124. IRA-Edward Jones Custodian ████ IRA) | | | | | | | | | |
| 125. Hartford Cap. Appreciation CLA | A | Dividend | J | T | | | | | |
| 126. Hartford Global Leaders CLA | A | Dividend | J | T· | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. Hartford Stock Fund CLA | A | Dividend | J | T | | | | | |
| 128. Annuity-Sunamerican Life Insurance Polaris Variable Annuity | A | Dividend | K | T | | | | | |
| 129. Property - DeBaca Co, New Mexico | | None | J | W | | | | | |
| 130. Property - Brewster Co, TX | | None | J | W | | | | | |
| 131. Royalty Interest - Upton Co, TX | A | Royalty | J | W | | | | | |
| 132. Royalty Interest - Palo Pinto Co, TX | A | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SPARKS, SAM | 5/15/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _May 10, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544